**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 70.252.11.90**

**ISP:** AT&T Internet Services
**Physical Location:** Spring>,TX>

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/24/2018 19:48:29 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 08/16/2018 15:51:40 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 07/17/2018 22:34:12 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 04/06/2018 04:19:08 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 12/27/2017 01:20:46 | 18B9C64504C98E96A8D77D82443D60DFA90127CF | Red Hot Christmas |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX235